STATE OF MISSOURI, Appellant, v. JOHN WEBB, Respondent.

*Criminal Practice—Demurrer.*—A demurrer, or motion to quash an indictment, must specify the grounds of objection. (R. C. 1855, p. 1176, § 24.)

*Appeal from Daviess Circuit Court.*

*J. C. Parker*, for appellant.

HOLMES, Judge, delivered the opinion of the court.

The indictment was quashed on motion of the defendant. The motion assigns no specific objections to the sufficiency of the indictment, which is drawn in accordance with the statute. (R. C. 1855, p. 565, § 35.)

We discover no good reason for sustaining the motion. Judgment reversed, and cause remanded. Judge Wagner concurs; Judge Lovelace absent.